IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**JOSE TOBAR-MORALES,**

    *Petitioner*,

v.

**PAMELA BONDI,** *et al.*,

    *Respondents.*

Civil No.: 1:25-cv-04108-JRR

## ORDER

Pending before the court is Petitioner Jose Tobar-Morales's Petition for Writ of Habeas Corpus (ECF No. 1; the "Petition") as well as Respondents'[1] Response to Amended Petition and Motion to Dismiss (ECF No. 10; the "Motion to Dismiss"). Following briefing by the parties, the court convened a hearing on the Petition and Motion to Dismiss today, January 13, 2026. For the reasons set forth on the record in open court, it is this 13th day of January 2026:

**ORDERED** that the Petition (ECF No. 1) shall be, and is hereby, **GRANTED in part and DENIED AS MOOT in part** as follows: The Petition is **GRANTED** as to Count I regarding procedural due process; and otherwise **DENIED AS MOOT**. Specifically, the court finds Petitioner is subject to discretionary detention under 8 U.S.C. § 1226(a) and is not subject to mandatory detention under 8 U.S.C. § 1225(b). Therefore, Respondents shall be, and are hereby, **ENJOINED** from detaining Petitioner pursuant to 8 U.S.C. § 1225(b); and further it is

**ORDERED** that, within seven (7) days of entry of this order, the Government shall arrange for Petitioner to receive an initial determination by an immigration officer on Petitioner's bond or detention pursuant to 8 U.S.C. § 1226(a) at the Baltimore Field Office at 31 Hopkins Plaza in

---

[1] Respondents are referred to herein collectively as the "Government."

Baltimore, Maryland.  If the immigration officer does not release Petitioner on bond within seven (7) days of entry of this order, Respondent shall promptly and without delay arrange for Petitioner to have a bond/custody redetermination hearing before an immigration judge at the Immigration Court in either Baltimore, Maryland or Hyattsville, Maryland, which shall be conducted pursuant to 8 U.S.C. § 1226(a); and further it is

**ORDERED** that the Government's Motion to Dismiss (ECF No. 10) shall be, and is hereby, **DENIED**; and further it is

**ORDERED** that the order at ECF No. 9 shall be, and is hereby, **VACATED**.

Madam Clerk is directed to **CLOSE THIS CASE**.

/S/
_____
Julie R. Rubin
United States District Judge